# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Donnetta Cook-Thomas,
o/b/o A.S.T.,

    Plaintiff,

vs.

Michael J. Astrue,

    Defendant.

JUDGMENT IN A CIVIL CASE

3:09-cv-143-FDW

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2010 Order.

Signed: September 29, 2010

Frank G. Johns, Clerk
United States District Court